# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-v-   **CASE NO. 6:09-CR-99-ORL-35GJK**

**JUANITA CRUZ**

_____

## ORDER

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 21, filed July 28, 2009) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 21) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant Juanita Cruz has entered a plea of guilty to Counts One, Two, Three, Four, Five and Six of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two, Three, Four, Five and Six of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 30th day of July, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services